EMILIE DAMS, as Administratrix, etc., Respondent, v. DIRECTOR-GENERAL OF RAILROADS, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JOHN KRAMB, Respondent, v. JULIA HARING and Others, Appellants. RICHARD DELL and Others, Respondents.— Motion for reargument denied, with ten dollars costs. · Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Judicial Settlement of the Accounts of WILLIAM H. SMITH and Others, as Trustees, etc., of JOHN H. SMITH, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

ANNA CZAJKA, as Administratrix, etc., Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Appeal dismissed, unless appellant shall file and serve printed papers on appeal within thirty days.

FRANK HOOVER and Another, Respondents, v. A. THEODOROU and Others, Appellants.— Motion to dismiss appeal granted.

CHARLOTTE B. NEWMAN, Appellant, v. LEWIS J. DAVIS, Respondent.— Motion granted and appeal dismissed, with costs.

WILLIAM YAUCH, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers on appeal by September first.

ANNA YAUCH, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by September first.

MARTHA SEBRY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs on appeal by September first.

In the Matter of AUGUST BECKER, an Attorney and Counselor at Law.— Issues raised by the petition and answer referred to Hon. Nathaniel Foote, official referee, to take the proofs thereon and report the same to this court, together with his opinion thereon.

In the Matter of the Application of FERDINAND J. BOMMER for Leave to Be Reinstated as an Attorney and Counselor at Law.— Matter referred to Hon. Nathaniel Foote, official referee, to take the proofs respecting all matters connected with the application, including the original charges for disbarment, and report the same, together with his opinion thereon, to this court. Notice of hearing to be given to Erie County Bar Association, with leave to such association to intervene in the proceeding.

In the Matter of HENRY C. PRICE, an Attorney and Counselor at Law.— Application for open commission granted and Hon. George A. Benton, official referee, appointed commissioner, to take the testimony of such witnesses as may be produced before him in the city of Indianapolis at such time and place as he may designate, giving to the respondent's attorney notice of such hearings at least ten days prior thereto; upon the condition, however, that the petitioner pay the necessary expenses of the commissioner in taking such evidence, including his traveling expenses and the fees of a stenographer in taking the same; and the respondent may likewise at the same time produce such witnesses as he may desire, but the stenographer's fees for taking such testimony shall be paid by the respondent.